

# Fourth Court of Appeals
## San Antonio, Texas

March 26, 2021

No. 04-21-00077-CV

**IN THE ESTATE OF CARLOS Y. BENAVIDES, JR.,**

From the County Court At Law No 1, Webb County, Texas
Trial Court No. 2020-PB7-000138-L1
Honorable Hugo Martinez, Judge Presiding

## O R D E R

On March 5, 2021, appellant filed an emergency motion to stay a March 9, 2021 hearing in cause number 2020-PB7-000138-L-1. We temporarily granted appellant's motion, stayed the March 9, 2021 hearing pending further order of this court, and ordered appellee to file a response to appellant's motion. Appellee filed her response on March 18, 2021, and on March 24, 2021, appellant filed a reply. After reviewing appellant's motion, appellee's response, and appellant's reply, we DENY appellant's motion. Our March 5, 2021 stay is hereby lifted.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of March, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court